| Return | | |
|---|---|---|
| Case No.: 3:19mj1040 2069452 HBF | Date and time warrant executed: 11-20-14 10:30AM | Copy of warrant and inventory left with: |
| Inventory made in the presence of: Inspectors Siegel + Feeney | | |

Inventory of the property taken and name of any person(s) seized:

Express mail Parcel EK069195385US
123 Oakland Place Stratford - 5LBS 13 oz Marijuana

Express mail - EJ451252667US #237 Grove St Bridgeport
9LBS 11oz of Marijuana

Express mail EG222467841US 293 Beechmont Ave Bpot
① Plastic container holding 4 sets of dentures.

FILED 2019 JUL -2 P 12:20 US DISTRICT COURT BRIDGEPORT CT

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-20-14

Joseph Bunaskavich
Executing officer's signature

Joseph Bunaskavich Postal Inspector
Printed name and title

Returned to me the 17th day of December 2014 at Bridgeport